

# THE THIRTEENTH COURT OF APPEALS

13-23-00506-CR

Genevie Nicole Lopez
v.
The State of Texas

On Appeal from the
187th District Court of Bexar County, Texas
Trial Court Cause No. 2023CR5150

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

March 7, 2024